# EXHIBIT A

1

2

3

4

5                                           HON. PATRICK OISHI

6                    SUPERIOR COURT OF WASHINGTON

7                    IN AND FOR THE COUNTY OF KING

8   ASHA SINGH, personally        )
    and as personal representative )
9   of the ESTATE OF NARENDRA      )    CAUSE NO. 18-2-23054-3 SEA
    P. SINGH,                      )
10         Plaintiffs              )    NOTICE OF STATUTORY
                                   )    STATUTORY ATTORNEY'S LIEN
11  vs                             )    AS PER RCW 60.40.010
    State of Washington. UNIVERSITY )
12  OF WASHINGTON, and JOHN        )
                                   )
13  _____)

14  TO: CLERK OF COURT; and
    TO: ALL PARTIES AND COUNSEL OF RECORD; and
15  TO: ALL INTERESTED PARTIES AND DEBTORS OF ASHA SINGH

16         PLEASE TAKE NOTICE THAT pursuant to RCW 60.40.010, David B. Adler, esq.,

17  WSBA # 16585, as undersigned counsel of record, is asserting a statutory lien for unpaid attorney's

18  fees incurred in this case as counsel for the Plaintiff. The Amount of the Lien as of this date is:

19  **$35,015.00.** This lien is applicable to any funds held or received by ASHA SINGH in any capacity

20  resulting directly or indirectly from Attorney's efforts in representing the interests of the Plaintiff as

    a personal representative of the Estate of Narendra Singh against the Defendant.

21      Dated this 13th day of September, 2019.

22

23                                      DAVID B. ADLER, Attorney for Asha Singh, P.R.
                                        WSBA # 16585
24
                                   **CERTIFICATE OF SERVICE**
25

26

NOTICE OF ATTORNEY'S LIEN            **Page 1**

1    I, DAVID B. ADLER, under oath do solemnly declare that on September 12, 2019 I served the
following documents upon the following persons via the Clerk's electronic filing system and also
2    by transmitting via E-mail a true and correct copy to the following document.

3    1. DOCUMENTS:
       A. NOTICE OF STATUTORY ATTORNEY'S LIEN AS PER RCW 60.40.010
4
2. PERSONS SERVED:
5       A. Seth Bernsten
              1191-Second Avenue, # 1800
6             Seattle, Washington 98101
       B. Adelle Greenfield
7             1191-Second Avenue, # 1800
              Seattle, Washington 98101
8       C. Rima Kapitan
              PO Box 6779
9             Chicago, Illinois 60680
              rkapitan@kapitanlaw.net
10

11

12                          DAVID B. ADLER, WSBA # 16585

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*DAVID B. ADLER, ESQ.*
*1001-Fourth Avenue, Suite 3218*
*Seattle, Washington 98154*
*Telephone: (206) 292-2267*
*Wash. Bar #16585*

# EXHIBIT B

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR THE COUNTY OF KING

ASHA SINGH, personally and as Personal
Representative of the Estate of NARENDRA
P. SINGH,

               Plaintiff/Petitioner,

        v.

STATE OF WASHINGTON, a governmental
entity; UNIVERSITY OF WASHINGTON, a
Washington State entity; and JOHN DOES 1-
5,

               Defendant/Respondent.

No. 18-2-23054-3 SEA

Hon. Patrick Oishi

NOTICE OF ATTORNEY'S LIEN

TO: CLERK OF COURT

AND TO: ALL PARTIES AND COUNSEL OF RECORD

    PLEASE TAKE NOTICE that pursuant to RCW 60.40.010, Rima Kapitan of Kapitan Law Office, Ltd. hereby asserts a lien for attorney's fees based on legal services performed in the form of 1) $2,787 plus interest and 2) an additional fee for services in quantum meruit as compensation for her contingency fee.

WHEREFORE, notice is hereby given to all interested parties of the attorney's lien against any recovery or proceeds obtained by the plaintiffs in this matter.

    Respectfully submitted this 22nd day of December 2020.

NOTICE OF ATTORNEY'S LIEN

RIMA KAPITAN
KAPITAN LAW OFFICE, LTD.
P.O. BOX 6779, CHICAGO, IL 60680
Phone: 312-566-9590

/s/ Rima N. Kapitan

Rima Kapitan (admitted *pro hac vice*)
Kapitan Law Office, Ltd.
P.O. Box 6779, Chicago, IL 60680
(312) 566-9590
(312) 566-9591 (Fax)
rima@kapitanlaw.net

CERTIFICATE OF SERVICE

I,   Rima Kapitan, certify under penalty of perjury under the laws of the State of Washington that on December 22, 2020, I caused the foregoing motion to be filed electronically through the King County Superior Court e-filing system and served on the person(s) identified below via email and E-Service:

Lucinda Luke
Rory Cosgrove
Carney Badley Spellman, P.S.
luke@carneylaw.com
cosgrove@carneylaw.com

Seth Berntsen
Hathaway Burden
Summit Law Group PLLC
sethb@summitlaw.com
hathawayb@summitlaw.com

Emanuel Jacobowitz
Nathan J. Arnold
Priya Sinha Cloutier
CLOUTIER ARNOLD JACOBOWITZ PLLC
manny@cajlawyers.com
nathan@cajlawyers.com
priya@cajlawyers.com

Asha Singh
Through counsel, at her home address and via electronic mail

/s/ Rima Kapitan

NOTICE OF ATTORNEY'S LIEN

RIMA KAPITAN
KAPITAN LAW OFFICE, LTD.
P.O. BOX 6779, CHICAGO, IL 60680
Phone: 312-566-9590

IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| ASHA SINGH, personally and as Personal Representative of the Estate of NARENDRA P. SINGH, | No. 18-2-23054-3 SEA |
| Plaintiff/Petitioner, | Hon. Patrick Oishi |
| v. | NOTICE OF ATTORNEY'S LIEN |
| STATE OF WASHINGTON, a governmental entity; UNIVERSITY OF WASHINGTON, a Washington State entity; and JOHN DOES 1-5, | |
| Defendant/Respondent. | |

TO: CLERK OF COURT

AND TO: ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to RCW 60.40.010, Rima Kapitan of Kapitan Law Office, Ltd. hereby asserts a lien for attorney's fees based on legal services performed in the form of 1) $2,787 plus interest and 2) an additional fee for services in quantum meruit as compensation for her contingency fee.

WHEREFORE, notice is hereby given to all interested parties of the attorney's lien against any recovery or proceeds obtained by the plaintiffs in this matter.

Respectfully submitted this 1st day of February, 2021.

NOTICE OF ATTORNEY'S LIEN

RIMA KAPITAN
KAPITAN LAW OFFICE, LTD.
P.O. BOX 6779, CHICAGO, IL 60680
Phone: 312-566-9590

1

/s/ Rima N. Kapitan

2

Rima Kapitan (admitted *pro hac vice*)
Kapitan Law Office, Ltd.

3

P.O. Box 6779, Chicago, IL 60680
(312) 566-9590

4

(312) 566-9591 (Fax)
rima@kapitanlaw.net

5

6

CERTIFICATE OF SERVICE

7

    I,  Rima Kapitan, certify under penalty of perjury under the laws of the State of

Washington that on February 1, 2021, I caused the foregoing motion to be filed electronically

8

through the King County Superior Court e-filing system and served on the person(s) identified

9

below via email and E-Service:

10

Lucinda Luke

11

Rory Cosgrove
Carney Badley Spellman, P.S.

12

luke@carneylaw.com
cosgrove@carneylaw.com

13

Seth Berntsen

14

Hathaway Burden
Summit Law Group PLLC

15

sethb@summitlaw.com
hathawayb@summitlaw.com

16

Emanuel Jacobowitz

17

Nathan J. Arnold
Priya Sinha Cloutier

18

CLOUTIER ARNOLD JACOBOWITZ PLLC
manny@cajlawyers.com

19

nathan@cajlawyers.com
priya@cajlawyers.com

20

Asha Singh

21

Through counsel and via electronic mail

22

/s/ Rima Kapitan

23

24

NOTICE OF ATTORNEY'S LIEN

RIMA KAPITAN
KAPITAN LAW OFFICE, LTD.
P.O. BOX 6779, CHICAGO, IL 60680
Phone: 312-566-9590

# EXHIBIT C

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| ASHA SINGH, personally and as Personal Representative of the Estate of NARENDRA P. SINGH, | No. 18-2-23054-3 |
| Plaintiffs, | NOTICE OF ATTORNEY'S LIEN |
| v. | |
| STATE OF WASHINGTON, a governmental entity; UNIVERSITY OF WASHINGTON, a Washington State entity; and JOHN DOES 1-5, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that the undersigned attorneys claim a lien pursuant to RCW 60.40.010 for their services rendered to Plaintiff Asha Singh with interest from the date of filing this claim of lien. Said claim is for reasonable compensation for services rendered to-date and for any unreimbursed costs advanced to date with respect to the appeal to the Court of Appeals, Division I, in Cause No. 80662-9-I.

The claim of lien is for the sum of $7,250.00 plus interest, and is the reasonable compensation for services rendered which are still due and owing. Judgment interest at the rate of 12% will accrue from this date.

Notice of Attorney's Lien - 1

Talmadge/Fitzpatrick
2775 Harbor Avenue SW
Third Floor, Suite C
Seattle, WA 98126
(206) 574-6661

1    DATED this 9th day of May, 2022.

2

3                                    Philip A. Talmadge
     Philip A. Talmadge, WSBA #6973
4    Aaron P. Orheim, WSBA #47670
     Talmadge/Fitzpatrick
5    2775 Harbor Avenue SW
     Third Floor, Suite C
6    Seattle, WA  98126
     (206) 574-6661

7    Attorneys for Plaintiff
     Asha Singh

8

9

     STATE OF WASHINGTON )
10                        ) ss.
     County of King        )
11

12       On this day personally appeared before me Philip A. Talmadge, attorney for defendant,

     and to me known to be the individual described in and who executed the within and foregoing
13
     instrument, and acknowledged that he signed the same as his free and voluntary act and deed for
14
     the uses and purposes therein mentioned.
15
         SUBSCRIBED AND SWORN to before me this 9th day of May , 2022.
16

17
                                    (signature of notary)
18
     ┌─────────────────────────┐
     │ MATTHEW J ALBERS         │
19   │ NOTARY PUBLIC #180578    │      MATTHEW J. ALBERS
     │ STATE OF WASHINGTON      │
20   │ COMMISSION EXPIRES       │      (type or print name of notary)
     │ OCTOBER 15, 2023         │      Notary Public in and for the State of Washington
     └─────────────────────────┘      My appointment expires  10/15/2023
21

22

23

24

                                              Talmadge/Fitzpatrick
                                              2775 Harbor Avenue SW
                                              Third Floor, Suite C
     Notice of Attorney's Lien - 2            Seattle, WA  98126
                                              (206) 574-6661

DECLARATION OF SERVICE

On said day below I had delivered by U.S. Mail a true and accurate copy of the **Notice of Attorney Lien** in King County Superior Court Cause No. 18-2-23054-3 to the following:

Seth J Berntsen, WSBA #30379
Hathaway Burden, WSBA #52970
Summit Law Group PLLC
315 5th Ave. S, Suite 1000
Seattle, WA  98104-2682

Rory D. Cosgrove, WSBA #48647
Lucinda Luke WSBA #26783
Carney Badley Spellman, P.S.
701 Fifth Ave., Suite 3600
Seattle, WA  98104-7010

Patricia Sue Rose WSBA #19046
Law Office of Patricia Sue Rose
1455 NW Leary Way Ste 400
Seattle, WA 98107-5138

Gail Luhn WSBA #27104
4500 9th Ave NE Ste 300
Seattle, WA 98105-4762

Delivered via Email:
Asha Singh
Ashasingh2715@gmail.com

Original delivered by ABC Legal
to King County Superior Court Clerk's Office

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED:  May 9th, 2022, at Seattle, Washington.

/s/ Brad Roberts
Brad Roberts, Legal Assistant
Talmadge/Fitzpatrick

# EXHIBIT D

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING**

| | |
|---|---|
| ASHA SINGH, personally and as Personal Representative of the ESTATE OF NARENDRA P. SINGH, | **NO. 18-2-23054-3**<br><br>JUDGMENT AND JUDGMENT SUMMARY |
| Plaintiffs, | |
| v. | |
| UNIVERSITY OF WASHINGTON, | |
| Defendant. | |

## I.    JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor | Asha Singh as Personal Representative of The Estate of Narendra P. Singh |
| Attorneys for Judgment Creditor | Riverside NW Law Group, PLLC<br>Matthew Z. Crotty & Asti M. Gallina<br>905 W. Riverside Ave., Ste. 208<br>Spokane, WA 99201 |
| Judgment Debtor | University of Washington |
| Principal Judgment Amount | $120,000.00 |
| Attorneys for Judgment Debtors | Summit Law Group, PLLC<br>Seth J. Berntsen & Hathaway Burden<br>315 5th Avenue S. Ste. 1000<br>Seattle, WA 98104 |

JUDGMENT AND JUDGMENT
SUMMARY - 1

| | |
|---|---|
| Total Taxable Costs, Attorneys' Fees and Other Post Judgment Relief | N/A |
| Prejudgment Interest | N/A |
| Post judgment Interest | N/A |
| | |
| Total Judgment Amount | $120,000.00 |

## II.    ORDER

This case was set for trial on April 22, 2024. On March 26, 2024, pursuant to CR 68, Defendant made an offer of judgment in the amount of one hundred twenty thousand dollars ($120,000), inclusive of all damages, costs, and reasonable attorneys' fees. On April 5, 2024, Plaintiff accepted the offer of judgment and notified the Court of the same.

It appearing from the records of the Court that the judgment should be entered in the amount offered by Defendant under CR 68, and the Court being fully advised:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff is hereby awarded judgment against Defendant University of Washington in the total amount of $120,000.00.

DATED this _____ day of April 2024.

_____
THE HONORABLE JUDGE BERNS

JUDGMENT AND JUDGMENT
SUMMARY - 2

1    Presented by:

2    RIVERSIDE NW LAW GROUP, PLLC

3    */s/ Matthew Crotty*
     */s/ Asti Gallina*_____
4    Matthew Crotty, WSBA #39284
     Asti Gallina, WSBA #53361
5    905 West Riverside, Suite 208
     Spokane, WA 99201
6    Telephone: (509) 850-7011
     mzc@riverside-law.com
7    amg@riverside-law.com
     *Attorneys for Plaintiff*

8

9    Approved as to form, presentment waived:

10   SUMMIT LAW GROUP, PLLC

11    _/s/ Seth Berntsen_____
     Seth Berntsen, WSBA #30379
12   Hathaway Burden, WSBA #52970
     SUMMIT LAW GROUP
13   315 Fifth Avenue S., Suite 1000
     Seattle, WA 98104
14   (206) 676-7000
     sethb@summitlaw.com
15   hathawayb@summitlaw.com
     *Attorneys for Defendant*

16

17

18

19

20

21

22

23

24
     JUDGMENT AND JUDGMENT
     SUMMARY - 3

King County Superior Court
Judicial Electronic Signature Page

Case Number:    18-2-23054-3

Case Title:    SINGH ET ANO VS STATE OF WASHINGTON ET ANO

Document Title:    ORDER

Signed By:    Elizabeth Berns

Date:    April 18, 2024

Judge：Elizabeth Berns

This document is signed in accordance with the provisions in GR 30.

Certificate Hash:    7EDDC69DA2C5AE409184A94FD3AA1B48F8FF6FC3

Certificate effective date:    7/17/2023 1:41:04 PM

Certificate expiry date:    7/17/2028 1:41:04 PM

Certificate Issued by:    C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA,
O=KCDJA, CN="Elizabeth Berns:
Fh5QaNsk7hGZ2uE4zbJ6iw=="

Page 4 of 4

# EXHIBIT E

| From: | Jeffrey T. Kestle |
|---|---|
| To: | mzc@riverside-law.com; Seth Berntsen |
| Subject: | Singh v. UW - Estate of David Adler Lien |
| Date: | Monday, April 22, 2024 9:57:42 AM |
| Attachments: | 0.png |
| | Singh - Attorney"s Lien.pdf |

Dear Matt and Seth:

I represent Susan Adler, the personal representative of the Estate of David Adler. Mr. Adler previously represented Asha Singh in Singh v. University of Washington, King County Superior Court Case No. 18-2-23054-3.

On September 13, 2019, Mr. Adler filed the attached Notice of Statutory Attorney's Lien pursuant to RCW 60.40.010. The claimed lien amount was $35,015.

I have gone through Mr. Adler's billing records and determined that the unpaid principal balance is $34,143.48. Mr. Adler's engagement agreement called for interest on unpaid fees at 1.0% per month, which works out to $341.43 per month. It's been 55 months since Mr. Adler filed the Notice of Lien, so accrued interest to date is at least $18,778.65.

The purpose of this email is to confirm that my client seeks to foreclose on the lien, the amount of which is now at least $52,922.13. Pursuant to RCW 60.40.010(1)(c), the lien attaches to "money in the hands of the adverse party in an action or proceeding in which the attorney was employed, from the time of giving notice of the lien to that party." In this case, the adverse party is the University of Washington. Pursuant to RCW 60.40.010(1)(d), the lien also attaches to "an action . . . and its proceeds . . . for the sum due under [the fee agreement]." In this case, the lien attaches to a portion of the $125,000 settlement proceeds. Pursuant to RCW 60.40.010(4), the lien created by subsection (1)(d) "is not affected by settlement between parties to the action until the lien . . . is satisfied in full."

Matt, do you have time for a call this week to discuss my client's claim?

Thanks.

Jeff

**Jeffrey** T. Kestle
Shareholder

**Forsberg & Umlauf, P.S.**
**901 Fifth Avenue, Suite 1400**
**Seattle, WA 98164**
DIRECT    206-267-2270
OFFICE    206-689-8500

FAX        206-689-8501
EMAIL      JKestle@FoUm.law



--CONFIDENTIALITY NOTICE--

THIS MESSAGE AND/OR THE DOCUMENT(S) ACCOMPANYING THIS ELECTRONIC TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE, MAIL OR ELECTRONIC MAIL, AND DESTROY THIS COMMUNICATION.

# EXHIBIT F

1

2

3

4

5

6  **IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
   **COUNTY OF KING**

7

8   ASHA SINGH, personally and as          **NO. 18-2-23054-3**
    Personal Representative of the ESTATE
9   OF NARENDRA P. SINGH,

10                     Plaintiffs,          AMENDED JUDGMENT AND
                                            JUDGMENT SUMMARY
    v.
11
    UNIVERSITY OF WASHINGTON,
12
                      Respondent.
13

14

15                    I.        **JUDGMENT SUMMARY**

16  Judgment Creditor                       The Estate of Narendra P. Singh

17  Attorneys for Judgment Creditor         Matthew Brinegar (SBN 42361)
                                            2000 Van Ness Avenue, Suite 512
                                            Tel: 415-735-6856
18                                          mbrinegar@brinegarlaw.com
                                            Attorney for Plaintiff
19
                                            Riverside NW Law Group, PLLC
20                                          Matthrew Z. Crotty & Asti M. Gallina
                                            905 W. Riverside Ave., Ste. 208
21                                          Spokane, WA 99201
                                            Attorney for Plaintiff
22

23  Judgment Debtor                         University of Washington

24  JUDGMENT AND JUDGMENT SUMMARY - 1

| | |
|---|---|
| Principal Judgment Amount | $106,000.00 |
| Attorneys for Judgment Debtors | Summit Law Group, PLLC<br>Seth J. Berntsen & Hathaway Burden<br>315 5th Avenue S. Ste. 1000<br>Seattle, WA 98104 |
| Total Taxable Costs, Attorneys' Fees and Other Post Judgment Relief | N/A |
| Prejudgment Interest | N/A |
| Post judgment Interest | N/A |
| Total Judgment Amount | $106,000.00 |

## II.    ORDER

This case was set for trial on April 22, 2024. On March 26, 2024, pursuant to CR 68, Defendant made an offer of judgment in the amount of one hundred twenty thousand dollars ($120,000), inclusive of all damages, costs, and reasonable attorneys' fees. On April 5, 2024, Plaintiff accepted the offer of judgment and notified the Court of the same. On April 18, 2024, the Court entered judgment in Plaintiff's favor in the total amount of $120,000.

Plaintiff thereafter filed a Motion to Amend the Judgment to reduce the final, total judgment amount to $106,000 to resolve and satisfy an October 11, 2019 judgment in this action in favor of the University's against Plaintiff ("2019 Judgment").

It appearing from the records of the Court that the judgment should be amended, and the Court being fully advised:

JUDGMENT AND JUDGMENT SUMMARY - 2

1

2

3

4

5

     IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff is hereby

awarded amended judgment against Defendant University of Washington in the final, total

amount of $106,000, and the Defendant/Judgment Debtor University of Washington is hereby

directed to promptly file a satisfaction of the 2019 Judgment.  This amended judgment supersedes

and replaces the April 18, 2024 judgment.

6

7

8

9

     DATED this ___29___ day of ___May___, 2024.

_____

THE HONORABLE JUDGE BERNS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

JUDGMENT AND JUDGMENT SUMMARY - 3