UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIVERSITY OF WASHINGTON, a Washington State entity,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ASHA SINGH, as Personal Representative of the Estate of NARENDRA P. SINGH, SUSAN ADLER as the Personal Representative of the Estate of DAVID ADLER, TALMADGE/FITZPATRICK PLLC, and RIMA KAPITAN of KAPITAN LAW OFFICE, LTD.,<br><br>　　　　　　　Defendants. | CASE NO. 2:24-cv-00899-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Defendant Asha Singh, as Personal Representative of the Estate of Narendra P. Singh ("Defendant Singh"), filed a Notice of Change of Hearing Date, (Dkt. No. 29,) for their pending Motion to Stay Proceedings, (Dkt. No. 20.) Plaintiff University of Washington and Defendant

MINUTE ORDER - 1

Talmadge/Fitzpatrick PLLC have already filed responses to Defendant Singh's Motion to Stay Proceedings. (<u>See</u> Dkt. Nos. 24, 27.) As Local Civil Rule 7(l) states, "[o]nce a response has been filed, the motion may be renoted only by filing a stipulation signed by all parties or by order of the court." Accordingly, the Court STRIKES Defendant Singh's Notice of Change of Hearing Date. (Dkt. No. 29.) The hearing date for Defendant Singh's Motion to Stay Proceedings remains set for August 16, 2024.

The clerk is ordered to provide copies of this order to all counsel.

Filed August 15, 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kathleen Albert<br>
Deputy Clerk