UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNIVERSITY OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>ASHA SINGH, as Personal Representative of the Estate of NARENDRA P. SINGH, SUSAN ADLER as the Personal Representative of the Estate of DAVID ADLER, TALMADGE/FITZPATRICK PLLC, and RIMA KAPITAN of KAPITAN LAW OFFICE, LTD.,<br><br>Defendants. | CASE NO. 2:24-cv-00899-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

At the request of the Parties, the Court hereby extends the initial deadlines as follows: (1) the Rule 26(f) Conference must occur by September 26, 2024; (2) the Parties must make their

MINUTE ORDER - 1

Initial Disclosures under Rule 26(a)(1) by October 3, 2024; and (3) the Parties must file their Joint Status Report by October 9, 2024.

The clerk is ordered to provide copies of this order to all counsel.

Filed August 26, 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2